/

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

THE HOME INSURANCE COMPANY,

Plaintiff,

v.

MARVIN LUMBER & CEDAR COMPANY, et al.,

Defendants.

Civil No. 00-2640 (JRT/RLE)

**ORDER**

---

Robert E. Salmon, MEAGHER & GEER, 33 South Sixth Street, Suite 4200, Minneapolis, MN 55402-3788; Michael J. Duffy and Daniel J. Cunningham, TRESSLER, SODERSTROM, MALONEY & PRIESS, 233 South Wacker Drive, Suite 22, Chicago, IL 60606-6308, for plaintiff.

Steven C. Tourek and David A. Davenport, WINTHROP & WEINSTINE, 60 South Street, Suite 3000, Minneapolis, MN 55402, for defendants.

This matter is before the Court on the parties' joint motion to stay pending approval of a proposed settlement agreement by The New Hampshire Department. Based upon the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the joint motion to stay pending approval of proposed settlement agreement by The New Hampshire Department is **GRANTED**.

DATED: November 27, 2002
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED NOV 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK